

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-60,619-12

### IN RE ANDRE LAMON MORGAN, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 964309-G IN THE 174TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. In it, Relator states that he filed an amended habeas application in Harris County on May 2, 2017. At that time, Applicant had a habeas application pending in this Court, which was later dismissed as subsequent. *See Ex parte Morgan*, No. WR-60,619-11. Relator alleges the amended habeas application was never forwarded to this Court.

Respondent, the District Clerk of Harris County, is ordered to file a response, which may be made by submitting the amended habeas application or stating that Relator has not filed such a pleading. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30

days of the date of this order.


Filed: July 26, 2017
Do not publish